**CAROL ANN MOSES**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant,
BHARANI RONANKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:13-mj-00064-MJS |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |
| BHARANI RONANKI, | |
| Defendant. | |

TO THE ABOVE-ENTITLED COURT:

The Defendant BHARANI RONANKI, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause. Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, or when a motion for reduction of bail or for a personal recognizance release

is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Mr. Ronanki requests a telephonic initial appearance and a waiver of personal appearance at all status conferences. He lives in Pittsburg, Pennsylvania. He is a student and a full-time intern. Traveling to Yosemite would require a full day of air travel each way in addition to ground travel to and from Yosemite causing him to miss a minimum of 3 days of classes and work for each court appearance. Mr. Ronanki has no criminal history.

Dated: September 18, 2013          By: /s/ Bharani Ronanki_____
                                                             BHARANI RONANKI

Dated: September 18, 2013          By: /s/ Carol Ann Moses_____
                                                             CAROL ANN MOSES
                                                             Attorney for Defendant,
                                                             BHARANI RONANKI

## **ORDER**

Defendant's request is GRANTED as to Status and Scheduling Conferences **only**. It is DENIED as to his Initial Appearance.

Defendant is ORDERED to be personally present for his Initial Appearance. On request, the Court will consider holding the Initial Appearance/Arraignment on the first or

last day of a work week so as to enable Defendant to partially schedule travel on a weekend.

IT IS SO ORDERED.

Dated: September 23, 2013  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE